THE STATE OF OHIO, APPELLEE, *v.* TUCKER, APPELLANT.

[Cite as *State v. Tucker* (1996), 77 Ohio St.3d 49.]

(No. 95–2168—Submitted September 10, 1996—Decided November 6, 1996.)

*Gregory A. White,* Lorain County Prosecuting Attorney, and *Lisa A. Locke Graves,* Assistant Prosecuting Attorney, for appellee.

*Homer Tucker, pro se.*

*Per Curiam.* As we held previously, Tucker has failed to show good cause for not filing his complaint about appellate representation within ninety days of journalization of the appellate judgment. See *State v. Tucker,* 73 Ohio St.3d 152, 652 N.E.2d 720. Moreover, Tucker has not demonstrated "a genuine issue as to whether [he] was deprived of the effective assistance of counsel on appeal" as required by App.R. 26(B)(5). Accordingly, the judgment of the court of appeals is affirmed.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.